Rob Bonta, State Bar No. 202668
Attorney General of California
Jeffrey T. Fisher, State Bar No. 303712
Supervising Deputy Attorney General
William P. Buranich, State Bar No. 144650
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 510-3558
 Fax: (415) 703-5843
 E-mail: William.Buranich@doj.ca.gov
*Attorneys for Defendants J. Lynch and A. Swarthout*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHAKONG THAO, et al.,**<br><br>                                     Plaintiffs,<br><br>     v.<br><br>**J. LYNCH and A. SWARTHOUT,**<br><br>                                     Defendants. | 2:21-cv-00731-KJM-AC<br><br>**STIPULATED REQUEST TO CONTINUE STATUS CONFERENCE**<br><br>Judge:         Hon. Kimberly J. Mueller<br><br>Action Filed:  April 23, 2021 |

    Counsel for Plaintiffs and Defendants hereby stipulate to a continuance of the joint status conference currently scheduled for November 18, 2021. Because the motion to dismiss filed by Defendants (ECF No. 8) is still pending, there is uncertainty as to which (if any) of the parties will remain in the case, and what the operative pleading will consist of. The parties agree and stipulate that it would make more sense to finalize the pleadings before any status conference, and before the preparation of any joint status conference statement, and therefore request that the court continue the status conference from its present date until after it has decided the motion to dismiss, so that there is a final operative pleading defining the scope of the claim.

So Stipulated:

*/s/ Herman Franck*                                             */s/ William P. Buranich*

Herman Franck                                                   William P. Buranich
*Attorney for Plaintiffs*                                       *Attorneys for Defendants*
(As authorized on October 29, 2021)

## ATTESTATION

I attest that the concurrence in the filing of this document has been obtained from its signatories.

*/s/ William P. Buranich*

William P. Buranich
*Attorneys for Defendants*

## ORDER BASED ON STIPULATION

Based on the foregoing stipulation of the parties, and good cause appearing, the status conference currently scheduled for November 18, 2021, is hereby continued.  The Court will set a new date for the status conference after it rules on Defendants pending motion to dismiss (ECF No. 8).

**IT IS SO ORDERED.**

Dated:  November 3, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE