UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ChaKong Thao, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>Angela Swarthout,<br><br>　　　　　　　Defendant. | No. 2:21-cv-00731-KJM-AC<br><br>ORDER |

Plaintiffs in this civil rights action moved to amend their complaint and add new exhibits. *See* Mot., ECF No. 62; Mem., ECF No. 62-1.  Additionally, plaintiffs sought to seal two exhibits: a housing administrative document and a series of job descriptions about correctional investigative staff duties.  Notice Req. Seal, ECF No. 63.  The court granted plaintiffs' motion for leave to amend but denied the request to seal finding plaintiffs had not demonstrated good cause. *See* Prior Order (Aug. 21, 2024), ECF No. 69.  The court provisionally sealed the two exhibits and directed defendant to show good cause if she could for sealing the documents within fourteen days.  *Id.* at 6.  Defendant has now responded, informing the court there is no need to seal the exhibits.  *See* Resp., ECF No. 71.  Accordingly, the court **discharges** the order to show cause and **directs** the plaintiffs to file the two exhibits on the public docket within seven (7) days of this order.

　　　　IT IS SO ORDERED.

DATED: September 19, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE