UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAKONG THAO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANGELA SWARTHOUT, et al., <br><br> Defendants. | No. 2:21-cv-00731-DC-AC <br><br> ORDER DISMISSING PLAINTIFFS' CLAIMS AGAINST DEFENDANT CARRIE LOOK WITHOUT LEAVE TO AMEND |

On November 7, 2024, Defendant Carrie Look filed a motion to dismiss under Federal Rule of Civil Procedure 12(b)(1) and motion for judgment on the pleadings under Rule 12(c). (Doc. No. 80.) On December 30, 2024, the court issued an order granting Defendant Look's motion and provided Plaintiffs with an opportunity to amend their allegations against Defendant Look. (Doc. No. 89.) Specifically, the court directed Plaintiffs to file, within fourteen (14) days from the date of entry of that order, either a third amended complaint to amend their allegations against Defendant Look, or a notice of their intent to not file a third amended complaint. (*Id.* at 9.) The court cautioned Plaintiffs that their failure to file a third amended complaint would result in the dismissal of their claims against Defendant Look without leave to amend. (*Id.*)

Plaintiffs did not comply with the court's December 30, 2024 order. Plaintiffs did not timely file a third amended complaint to amend their allegations against Defendant Look. Plaintiffs also did not file a notice of their intent not to file a third amended complaint. For these

reasons, the court will dismiss Plaintiff's claims against Defendant Look and terminate Defendant Look from this action.

Accordingly,

1. Plaintiffs' claims in the operative second amended complaint brought against Defendant Carrie Look are dismissed without leave to amend;

2. Defendant Carrie Look is dismissed from this action;

3. The Clerk of the Court is directed to update the docket to reflect that Defendant Carrie Look has been terminated from this action; and

4. Within twenty-one (21) days from the date of entry of this order, the parties shall file a joint status report, including the parties' readiness to proceed to a final pretrial conference.

IT IS SO ORDERED.

Dated:     **February 6, 2025**                              _____
                                                              Dena Coggins
                                                              United States District Judge