UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAKONG THAO AS PROPOSED ADMINISTRATOR OF THE ESTATE OF TOU THAO; CHAKONG THAO; KIA THAO; JOY THAO; BEE THAO; PAUL THAO; MAY THAO; JER THAO,<br><br>Plaintiffs,<br><br>v.<br><br>JEFF LYNCH, WARDEN OF CALIFORNIA STATE PRISON SACRAMENTO; DR. ANGELA SWARTHOUT, PsyD; DOES 1-10,<br><br>Defendants. | Case No. 2:21-cv-0731 DC AC<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTIONS FOR LEAVE TO TAKE DEPOSITIONS OF INCARCERATED PERSONS |

GOOD CAUSE APPEARING, the Court hereby GRANTS the administrative motions filed by Defendants E. ALTVATTER, J. BULLARD, N. FUJIWARA, and DR. ANGELA SWARTHOUT (collectively, "Defendants") under Federal Rules of Civil Procedure 30(a)(2)(B) and 30(b)(4), and Local Rule 233, for leave to take the depositions of JOSE ANTONIO NEGRETE (CDCR No. K34346) and JACOB BAILEY (CDCR No. P91643), both persons confined in state prison.

Defendants may depose inmates Negrete and Bailey in accordance with the Federal Rules of Civil Procedure and the institution's rules and regulations, which may include the presence of correctional officers during the depositions (if necessary). Further, Defendants may take the depositions by remote means if they so choose.

IT IS SO ORDERED.

DATED: October 15, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE