UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAKONG THAO AS PROPOSED ADMINISTRATOR OF THE ESTATE OF TOU THAO; CHAKONG THAO; KIA THAO; JOY THAO; BEE THAO; PAUL THAO; MAY THAO; JER THAO, <br><br>Plaintiffs,<br><br>v.<br><br>JEFF LYNCH, WARDEN OF CALIFORNIA STATE PRISON SACRAMENTO; DR. ANGELA SWARTHOUT, PsyD; DOES 1-10,<br><br>Defendants. | Case No. 2:21-cv-0731 DC AC<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTIONS FOR LEAVE TO TAKE DEPOSITIONS OF INCARCERATED PERSONS<br><br><br>Judge:  Hon. Magistrate Judge Allison Claire |

GOOD CAUSE APPEARING, the Court hereby GRANTS the administrative motion filed by Defendants E. ALTVATTER, J. BULLARD, N. FUJIWARA, and DR. ANGELA SWARTHOUT (collectively, "Defendants") under Federal Rules of Civil Procedure 30(a)(2)(B) and 30(b)(4), and Local Rule 233, for leave to take the depositions of third-parties ANDRES GARCIA AGUIRRE (CDCR #AX5461) and CHET RANDALL PRUITT (CDCR #P10653), both persons confined in state prison.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4888-0107-5541 v1 — - 1 -

2:21-CV-00731-DC-AC
[PROPOSED] ORDER RE MOTION
TO DEPOSE INMATE AGUIRRE

Defendants may depose inmates Aguirre and Pruitt in accordance with the Federal Rules of Civil Procedure and the institution's rules and regulations, which may include the presence of correctional officers during the depositions (if necessary). Further, Defendants may take the deposition by remote means if they so choose.

IT IS SO ORDERED.

DATED: January 5, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4888-0107-5541 v1

- 2 -

2:21-CV-00731-DC-AC
[PROPOSED] ORDER RE MOTION
TO DEPOSE INMATE AGUIRRE

Respectfully submitted,

Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Martin Kosla (SBN 247224)
E-mail: mkosla@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendant
ANGELA SWARTHOUT


ROB BONTA, State Bar No. 202668
Attorney General of California
CHRISTOPHER H. FINDLEY, State Bar No. 174972
Supervising Deputy Attorney General
MATTHEW R. STOHL, State Bar No. 216620
Deputy Attorney General
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  Telephone: (619) 321-5789
  Facsimile: (916) 732-7920
  Email: Christopher.Findley@doj.ca.gov
  E-mail: matthew.stohl@doj.ca.gov
*Attorneys for Defendants Altvatter, Bullard, and Fujiwara*

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4888-0107-5541 v1

- 3 -

2:21-CV-00731-DC-AC
[PROPOSED] ORDER RE MOTION
TO DEPOSE INMATE AGUIRRE